UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNISON TECHNOLOGIES, INC.

Plaintiff,

-v-

Case No. 08 CV 7056

ASPECT SOFTWARE, INC.

Defendant.

Rule 7.1 Statement

*RECEIVED AUG 07 2008 U.S.D.C. S.D.N.Y. CASHIERS*

*JUDGE SCHEINDLIN*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

UNISON TECHNOLOGIES, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: August 7, 2008

_____
Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007