AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

UNISON TECHNOLOGIES, INC.

V.

ASPECT SOFTWARE, INC.

**SUMMONS IN A CIVIL ACTION**

JUDGE SCHEINDLIN

CASE NUMBER:

08 CV 7056

TO: (Name and address of Defendant)

Aspect Software, Inc.
6 Technology Park Drive
Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia R. Richard, Esq.
C. MacNeil Mitchell, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 0 7 2008

CLERK                           DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | DATE<br>Monday, August 11, 2008 |
| NAME OF SERVER *(PRINT)*<br>Lawrence Hickey | TITLE<br>Constable |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:
*and Individual Rules and Procedures and Individual Practices of Magistrate Judge Gabriel W. Gorenstein

☒ Other (specify): (corporation) by delivering attested copies to Sharon Sheehan, Manager of Corporate Service in-hand at 9 Apollo Drive, Chelmsford, MA 01824.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>-- | SERVICES<br>$75.00 | TOTAL<br>$75.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 11, 2008            _[signature]_
                  Date                    *Signature of Server*

                                          21 George St., Lowell, MA 01852
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.