SI HEINLINS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

*****************************************
UNISON TECHNOLOGIES, INC.

        Plaintiff

v.

ASPECT SOFTWARE, INC.

        Defendant
*****************************************

No. 08 CV 7056 (SAS)
**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time of the defendant Aspect Software, Inc. to appear, answer or otherwise respond to the complaint is extended through and including September 29, 2008.

Dated: August 22, 2008
       Manchester, New Hampshire

WINSTON & STRAWN LLP

By: _____
    Virginia R. Richard, Esq.
    C. MacNeil Mitchell, Esq.
    200 Park Avenue
    New York, New York 10166
    (212) 294-6700

Attorneys for Plaintiff
Unison Technologies, Inc.

COOK, LITTLE, ROSENBLATT
& MANSON, p.l.l.c.

By: _____
    Arnold Rosenblatt (AR 4726)
    650 Elm Street, 4th Floor
    Manchester, NH 03101
    (603) 621-7102

Attorneys for Defendant
Aspect Software, Inc.

SO ORDERED

_____
USDJ

M 8/26/08